# United States Court of Appeals
## For the First Circuit

No. 22-1616

DIANA AVDEEVA,

Plaintiff, Appellant,

v.

SHANITA TUCKER, Field Office Director, U.S. Citizenship and
Immigration Services; PETER SIMONDS, Immigration Services
Officer, U.S. Citizenship and Immigration Services; DENIS C.
RIORDAN, District Director, U.S. Citizenship and Immigration
Services; KIKA SCOTT, Senior Official Performing the Duties of
the Director, U.S. Citizenship and Immigration Services,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on May 28, 2025, is amended
as follows:

On page 8, note 3, line 3 of the note, replace "American"
with "Americans".

On page 12, line 11, replace "its" with "her".